

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

JACK ALONSO ROCK

      VS.                                         CAUSE NUMBER PD-0040-16

THE STATE OF TEXAS

## **<u>ORDER</u>**

The above styled and numbered cause is before this Court in Cause No. 64,451-B from the 181ST District Court of Potter County.

The Court is of the opinion the following exhibit should be inspected:

1. State's Exhibit No. 1 (a DVD recording)

Pursuant to Tex. R. App. 34.6(g)(2), the District Clerk of Potter County is ordered to file this exhibit with the Clerk of this Court on or before the 13th day of May, 2016.

IT IS SO ORDERED THIS THE 4th DAY OF MAY, 2016

PER CURIAM

EN BANC

DO NOT PUBLISH